AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
для for the
District of South Carolina

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   2:18-cr-00842
A RESIDENCE AND A VEHICLE IN SUMMERVILLE, )
SOUTH CAROLINA )
 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A residence and a vehicle in Summerville South Carolina, as futher described in Attachment A to the Affidavit.

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence related to Violations of 18 U.S.C. §§ 371, 514, and 1341 as is more fully described in Attachment B to the Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 514 | Fictitious Obligations |
| 18 U.S.C. § 1341 | Mail Fraud |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

William Moser, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 28, 2018

*Judge's signature*

City and state: Charleston, South Carolina    Mary Gordon Baker, U.S. Magistrate Judge
*Printed name and title*