

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A RESIDENCE AND A VEHICLE IN SUMMERVILLE,<br>SOUTH CAROLINA | )<br>)<br>) Case No.    2:18-cr-00842<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     State and     District of     South Carolina
*(identify the person or describe the property to be searched and give its location)*:

A residence and a vehicle in Summerville South Carolina, as futher described in Attachment A to the Affidavit.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence related to Violations of 18 U.S.C. §§ 371, 514, and 1341 as is more fully described in Attachment B to the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before    September 11, 2018    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Mary Gordon Baker   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    August 28, 2018 12:46 p.m.      *Mary Gordon Baker*
                                                                                   *Judge's signature*

City and state:    Charleston, South Carolina             Mary Gordon Baker, U.S. Magistrate Judge
                                                                                  *Printed name and title*